KIRAKOSIAN LAW, APC

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SKY MILLER,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF LOS ANGELES, DEPUTY A. EVANS, DEPUTY V. DURANTE, and DOE DEPUTIES 1-10,<br><br>Defendants, | **Case No.: 2:24-cv-09169-AH-CTSx**<br><br>*Hon. Judge Anne Hwang*<br>*1st Street Courthouse – Ctrm. 9C*<br><br>**ORDER FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE [47] [JS-6]** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), the Court, having considered the Joint Stipulation of the Parties, has found GOOD CAUSE, and hereby ORDERS that all claims and this entire action be **DISMISSED WITH PREJUDICE**, each party to bear their own attorney's fees and costs, and waiving any rights to appeal with respect to any issues, rulings, or orders in this action.

**IT IS SO ORDERED**.

DATED: OCTOBER 1, 2026

Hon. Judge Anne Hwang
United States District Judge

KIRAKOSIAN LAW, APC

KIRAKOSIAN LAW, APC